UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
STEVEN RAY WILSON Case No. 10-52296
Debtor

**TRUSTEE'S RESPONSE TO RENEWED MOTION FOR ABANDONMENT AND RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING**

Comes J. James Rogan, Trustee, and in response to the renewed motion to abandon and for relief from automatic stay of Winchester Federal Savings Bank on 1800 Gillispie Road, Bourbon County, Kentucky and represents as follows:

1. By order entered October 18, 2010, a claim of the bankruptcy estate against Traditional Bank was settled whereby the bankruptcy estate will receive ½ of the sale proceeds from the sale of 15.2 acres on located on Gillespie Road in Bourbon and Montgomery County. The remaining sale proceeds will be paid to Traditional Bank.

2. That the real property described in the mortgages of Movant Winchester Federal Savings Bank is subject to a recorded undefined easement granted to Debtor for access to the 15. 2 acres of the bankruptcy estate and Traditional Bank, a copy of which is attached hereto and incorporated by reference.

3. The trustee requests that the easement should be defined by survey and recorded in the respective county clerks offices prior to either property being sold.

NOTICE OF HEARING

All parties will take notice that the trustee will bring on for hearing the foregoing response in the U.S. Bankruptcy Courtroom, Third Floor, 100 East Vine Street, Lexington, Kentucky 40507 on January 13, 2011 at 9:30 a.m. or as soon thereafter as the trustee may be heard.

/s/ J. James Rogan______
J. James Rogan, Trustee
345 South Fourth Street
Danville, Kentucky 40422
(859) 236-8121

CERTIFICATE OF SERVICE

This is to certify that on January 12, 2011 a copy of the foregoing objection has been served to the following parties electronically in accordance with the Court's CM/ECF Administrative Procedures and Standing Order dated July 25, 2002:

Thomas L. Canary, Jr.
300 East Main Street, Suite 340
Lexington, KY 40507

/s/ J. James Rogan_____
J. James Rogan

BOOK 511 PAGE 139

97405

**PARTIAL SUBORDINATION AGREEMENT**

WITNESSETH:

That for and in consideration of good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **WINCHESTER FEDERAL BANK (formerly Winchester Federal Savings Bank),** with its principal office located at 57 South Main Street, Lexington, Kentucky 40391, the owner and holder of a Mortgage dated September 9, 2005, granted by **STEVEN RAY WILSON**, to secure the indebtedness and obligations described in the mortgage, and recorded in Mortgage Book 425, page 338, in the office of the Bourbon County Court Clerk, and a Mortgage dated August 27, 2007, granted by **STEVEN RAY WILSON**, to secure the indebtedness and obligations described in the mortgage, and recorded in Mortgage Book 466, page 793, in the office of the Bourbon County Court Clerk, hereby covenants and agrees that the lien of said mortgages shall be forever subject, subordinate, and inferior to **the easement for ingress and egress**, dated June 11, 2010, and recorded on June 11, 2010, in Deed Book 281, page 435, in the office of the Bourbon County Clerk, a copy of which is attached hereto as Exhibit B.

WITNESS WHEREOF, WINCHESTER FEDERAL BANK has caused this instrument to be signed by Richard F. McCready, Jr., its President, on its behalf, on June 11, 2010.

WINCHESTER FEDERAL BANK

By: ______________________
Richard F. McCready, Jr., President

STATE OF KENTUCKY )
COUNTY OF CLARK )

The foregoing Partial Subordination Agreement was acknowledged before me this 11th day of June, 2010, by Richard F. McCready, Jr., the President of Winchester Federal Bank.

My commission expires:________________.

Mary T. Yeiser
Notary Public, ID No. 403376
State at Large, Kentucky
My Commission Expires on Sept. 8, 2013

______________________
NOTARY PUBLIC

**RETURN TO PREPARER**

PREPARED BY:

MARY T. YEISER
37 South Main Street
Winchester, KY 40391
(859) 737-1941

**EXHIBIT A**

Tract No. 1 :

Beginning at a point in the center of the Gillespie Pike and in the property line of the Wilson land on the North, and at a corner to the Ida Huddleson land, also known as F. M. Gillespie estate on the west; thence with the line of the Huddleson land South 0 degrees 55' West 1029.8 feet to a post corner with Huddleson; thence with another line of Huddleson N 86 degrees 45' West 1247.2 feet to a post corner with same; thence South 28 degrees 28' West 144.2 feet, to corner to Huddlesdon; thence with another line with Huddleson South 3 degrees 45' West 858.4 feet to a corner to the Huddleson property and Mrs. M. W. Fletcher; thence with the Fletcher line S 6 degrees 16' West 546.2 feet to a corner with Fletcher on the West and the McClain property on the South; thence along the line of the McClain, Hutchison and Leggett properties on the South, South 86 degrees East 3615.7 feet to a corner with the Leggett property and Tract No. 6 of this division sold to Louie Clos; thence with the line of Clos, North 8 degrees 15' West 1991.6 feet to a post corner to Clos; thence North 89 degrees 45' West 148.5 feet, corner to same; thence North 8 degrees 30' East along the line of a spring 102.3 feet to center of Gillespie Pike; thence along center of this pike for nine calls: North 69 degrees 15' West 39.2 feet; North 66 degrees 15' West 733.6 feet; thence North 58 degrees 40' West 226.1 feet; thence North 75 degrees 15' West 98.3 feet; thence North 79 degrees 54' West 272.2 feet' thence North 76 degrees 50' West 148.5 feet; thence North 80 degrees 30' West 153.4 feet; thence North 74 degrees 55' West 76.5 feet; thence North 70 degrees 40' West 146.8 feet to the place of beginning, containing 156.10 acres of land, more or less.

There is excepted, however, from Tract No. 1 described above the following described tract of land conveyed to Lee Davis, Etc., by deed dated 8-20-62, and now of record in Deed Book 143, Page 227, Bourbon County Court Clerk's Office, to-wit:

That certain tract of 54.41 acres of land on the farm of E.L. Burden on the Gillispie Road in Bourbon County, Kentucky, and more particularly described as follows:

Beginning at a corner post, a corner to Workman on the west and McClain on the North; thence running with the line of McClain, N. 6 degrees 50' E. 533.0' to a post, a corner to McClain & Hinkle; thence with the line of Hinkle N. 4 degrees 35' E. 858.0' to a post; thence N. 29 degrees 28' E. 144.2' to a post, a corner to the 40+ acre tract; thence with the line of the 40+ acre tract S. 85 degrees 45' E 1247.2' to a post, a corner to Burden; thence with the line of Burden S. 36 degrees 55' E. 189.0' to a stake; thence S. 6 degrees 55' E. 1414.0 to a stake in the line of Leggett; thence first with the line of Leggett and then with the line of Workman N. 85 degrees 25' W 1735.0' to the beginning and containing 54.41 acres.

Tract No. 2:

That certain 50.00 acre tract of land, being the southern 50.00 acres of Tract II of the Lee Davis Land on the Gillespie Pike in Bourbon County, Kentucky, and more particularly described as follows:

Beginning at a post, a corner to Workman & Haney; thence running with the line of Haney, North 6 degrees and 50 minutes East 530.0' to a corner to Haney & Hinkle; thence with the line of Hinkle, North 4 degrees and 35 minutes East 794.5' to a corner to Hinkle and Lee Davis (the northern 4.41 acres of Tract II of the Lee Davis Land); thence with the line of Davis South 89 degrees and 30 minutes East 1402.0' to a post in the line of Turner (the northern post of a gap in the fence line); thence with the line of Turner, South 36 degrees and 55 minutes East 60.0' to a post; thence with the line of same, South 6 degrees and 55 minutes East 1414.0' to a post; a corner to Turner and Leggett; thence with the line of Leggett and thence with the line of Workman, North 85 degrees and 25 minutes West 1735.0' to the point of beginning and containing 50.00 acres of land.

Being the same property conveyed to Steven Ray Wilson, by deed dated August 31, 2005, of record in Deed Book 262, page 259, Bourbon County Clerk's office.

**EASEMENT**

This easement is hereby created this 11th day of June, 2010, by Steven Ray Wilson, a single person, of 100 Moundale Avenue, Winchester, KY 40391.

WHEREAS, Wilson owns property in Bourbon County, Kentucky, at 1800 Gillispie Road, the description for which is attached hereto as Exhibit A.

WHEREAS, Wilson also owns property containing 7.12 acres, located in Bourbon and Montgomery Counties, which adjoins 1800 Gillispie Road, and is hereby described as follows:

A parcel of land being a portion of the Douglas and Brenda Hess property located on Rogers Mill Road in Montgomery County, Kentucky. The parent tract is on record in Deed Book 228, page 567 located in the Montgomery County Clerk's Office and is more exactly described as follows:

Beginning at an iron pin found a corner to the remainder of the Hess property and the Edward and Teresa Wilson property and the Steven Ray Wilson property (Deed Book 270, page 600); thence leaving the Edward and Teresa Wilson property and the Steven Ray Wilson property with the Hess remainder for the following calls: thence N 26 deg. 49 min. 41 sec. W, 383.19 feet to an iron pin set; thence S 70 deg. 06min. 27sec. W, 455.13 feet to an iron pin set; thence N 42deg. 16 min. 00 sec. W, 513.30 feet to an iron pin set; thence N 03 deg. 37 min. 21 sec. E, 118.75 feet to an iron pin found a corner to the Hess remainder and the Steven Ray Wilson property (Deed Book 262, page 75, located in the Bourbon Co. Clerk's Office); thence leaving the Hess remainder with the Steven Ray Wilson property S 85 deg. 03 min. 07 sec. E, 852.17 feet to an iron pin found a corner to the Steven Ray Wilson property and other Steven Ray Wilson property; thence leaving the Steven Ray Wilson property with the other Steven Ray Wilson property S 08 deg. 20 min. 06 sec. E, 618.48 feet to the point of beginning containing an area of 309,941.8 square feet (7.12 acres) as shown on the surveyed plat of Hess Property attached hereto and made a part of this deed

This parcel of land was surveyed by Alan Justice Engineering and Surveying, Inc. during the month of January, 2006. All iron pins set are ½" rebar with I.D. caps. The basis of bearing for this survey was a parent tract bearing. This is a Class B survey and the unadjusted error of the random traverse was 1 in 54,016.

Being the same property conveyed to Steven Ray Wilson, a single person, from Douglas Hess and Brenda Hess, his wife, by deed dated June 30, 2006, of record in Deed Book 273, page 476, Montgomery County Clerk's office and of record in Deed Book 267, page 529, Bourbon County Clerk's office.

**EXHIBIT B**

WHEREAS, Wilson also owns property containing 8.08 acres, located in Montgomery County, which adjoins 1800 Gillispie Road, and is hereby described as follows:

Portion of land located on Rogers Mill Road in Montgomery County, Kentucky; the parent tract being recorded in Deed Book 224, page 688, Montgomery County Clerk's office, and is more exactly described as follows:

Beginning at an iron pin set a corner to Steven Ray Wilson property (Deed Book 262, page 259) and the Douglas & Brenda Hess Property (Deed Book 228, page 567); thence leaving the Hess property with the Steven Ray Wilson property S 84 deg. 15 min. 00 sec. E, 961.85 feet to an iron pin set a corner to the Steven Ray Wilson property; thence leaving the Steven Ray Wilson property with the Edward & Teresa Wilson remainder for the following calls: thence S 48 deg. 51 min. 54 sec. W, 168.67 feet to an iron pin set; thence S 52 deg. 39 min. 59 sec. W, 152.00 feet to an iron pin set; thence S 49 deg. 45 min. 41 sec. W, 473.96 feet to an iron pin set; thence S 88 deg. 36 min. 12 sec. W,257.74 feet to an iron pin set a corner to the Edward & Teresa Wilson remainder and the Douglas & Brenda Hess property; thence leaving the Edward & Teresa Wilson remainder with the Douglas & Brenda Hess property N 08 deg. 20 min. 06 sec. W, 618.48 to the point of beginning containing an area of 351,849.6 square feet (8.08 acres) as shown on the surveyed plat of Edward & Teresa Wilson Property attached hereto and made a part of this deed.

This parcel of land was surveyed by Alan Justice Engineering and Surveying, Inc., during the month of January, 2006. All iron pins set and found are ½" rebar with I.D. caps. The basis of bearing for this survey was a parent tract bearing. This is a Class B survey and the unadjusted error of closure of the random traverse was 1 in 54,016.

Being the same property conveyed to Steven Ray Wilson, a single person, from Edward H. Wilson and Teresa M. Wilson, his wife, by deed dated January 15, 2006, of record in Deed Book 270, page 600, in the Montgomery County Clerk's office.

WITNESSETH, in order to provide access for ingress and egress for the 7.12 acre tract and the 8.08 acre tract hereinabove described, Steven Ray Wilson hereby establishes and grants a 20' wide easement (the exact location for which shall be determined later) for the benefit of the 7.12 acre tract and the 8.08 acre tract over and through the property located at 1800 Gillispie Road, Bourbon County, the legal description of which is attached here to as Exhibit A.

IN WITNESS WEREOF, Steven Ray Wilson has executed this easement, to take effect the day and year first above written.

STEVEN RAY WILSON

STATE OF KENTUCKY
COUNTY OF CLARK

The foregoing easement was acknowledged before me by Steven Ray Wilson, a single person, this 11th day of June, 2010.

My Commission Expires:

Mary T. Yeiser
Notary Public, ID No. 403376
State at Large, Kentucky
My Commission Expires on Sept. 8, 2013

NOTARY PUBLIC

PREPARED BY:

MARY T. YEISER
ATTORNEY-AT-LAW
37 South Main Street
Winchester, KY 40391
(859) 737-1941

**EXHIBIT A**

Tract No. 1 :

Beginning at a point in the center of the Gillespie Pike and in the property line of the Wilson land on the North, and at a corner to the Ida Huddleson land, also known as F. M. Gillespie estate on the west; thence with the line of the Huddleson land South 0 degrees 55' West 1029.8 feet to a post corner with Huddleson; thence with another line of Huddleson N 86 degrees 45' West 1247.2 feet to a post corner with same; thence South 28 degrees 28' West 144.2 feet, to corner to Huddlesdon; thence with another line with Huddleson South 3 degrees 45' West 858.4 feet to a corner to the Huddleson property and Mrs. M. W. Fletcher; thence with the Fletcher line S 6 degrees 16' West 546.2 feet to a corner with Fletcher on the West and the McClain property on the South; thence along the line of the McClain, Hutchison and Leggett properties on the South, South 86 degrees East 3615.7 feet to a corner with the Leggett property and Tract No. 6 of this division sold to Louie Clos; thence with the line of Clos, North 8 degrees 15' West 1991.6 feet to a post corner to Clos; thence North 89 degrees 45' West 148.5 feet, corner to same; thence North 8 degrees 30' East along the line of a spring 102.3 feet to center of Gillespie Pike; thence along center of this pike for nine calls: North 69 degrees 15' West 39.2 feet; North 66 degrees 15' West 733.6 feet; thence North 58 degrees 40' West 226.1 feet; thence North 75 degrees 15' West 98.3 feet; thence North 79 degrees 54' West 272.2 feet' thence North 76 degrees 50' West 148.5 feet; thence North 80 degrees 30' West 153.4 feet; thence North 74 degrees 55' West 76.5 feet; thence North 70 degrees 40' West 146.8 feet to the place of beginning, containing 156.10 acres of land, more or less.

There is excepted, however, from Tract No. 1 described above the following described tract of land conveyed to Lee Davis, Etc., by deed dated 8-20-62, and now of record in Deed Book 143, Page 227, Bourbon County Court Clerk's Office, to-wit:

That certain tract of 54.41 acres of land on the farm of E.L. Burden on the Gillispie Road in Bourbon County, Kentucky, and more particularly described as follows:

Beginning at a corner post, a corner to Workman on the west and McClain on the North; thence running with the line of McClain, N. 6 degrees 50' E. 533.0' to a post, a corner to McClain & Hinkle; thence with the line of Hinkle N. 4 degrees 35' E. 858.0' to a post; thence N. 29 degrees 28' E. 144.2' to a post, a corner to the 40+ acre tract; thence with the line of the 40+ acre tract S. 85 degrees 45' E 1247.2' to a post, a corner to Burden; thence with the line of Burden S. 36 degrees 55' E. 189.0' to a stake; thence S. 6 degrees 55' E. 1414.0 to a stake in the line of Leggett; thence first with the line of Leggett and then with the line of Workman N. 85 degrees 25' W 1735.0' to the beginning and containing 54.41 acres.

Tract No. 2:

That certain 50.00 acre tract of land, being the southern 50.00 acres of Tract II of the Lee Davis Land on the Gillespie Pike in Bourbon County, Kentucky, and more particularly described as follows:

Beginning at a post, a corner to Workman & Haney; thence running with the line of Haney, North 6 degrees and 50 minutes East 530.0' to a corner to Haney & Hinkle; thence with the line of Hinkle, North 4 degrees and 35 minutes East 794.5' to a corner to Hinkle and Lee Davis (the northern 4.41 acres of Tract II of the Lee Davis Land); thence with the line of Davis South 89 degrees and 30 minutes East 1402.0' to a post in the line of Turner (the northern post of a gap in the fence line); thence with the line of Turner, South 36 degrees and 55 minutes East 60.0' to a post; thence with the line of same, South 6 degrees and 55 minutes East 1414.0' to a post; a corner to Turner and Leggett; thence with the line of Leggett and thence with the line of Workman, North 85 degrees and 25 minutes West 1735.0' to the point of beginning and containing 50.00 acres of land.

Being the same property conveyed to Steven Ray Wilson, by deed dated August 31, 2005, of record in Deed Book 262, page 259, Bourbon County Clerk's office.

State of Kentucky, County of Bourbon, Sct.
I, RICHARD STIPP EADS, Clerk of Bourbon County Court, do certify that the foregoing Part. Sub. agreement was, on the 11 day of June, 20 10 at 2:57 P.M., lodged in my office for record, and that it has been duly recorded in my said office, together with this and the certificate thereon endorsed. Given under my hand.

Richard Stipp Eads, BCC

LODGED FOR RECORD
RICHARD STIPP EADS
BOURBON COUNTY CLERK
2010 JUN 11 PM 2:57